UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT PHILLIP ELLIS, JR.,
          Plaintiff,

vs.                                            Case No.:  3:17cv804/MCR/EMT

OFFICER PORRAS,
          Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court upon referral from the clerk.  Plaintiff,
proceeding pro se, commenced this action by filing a civil rights complaint pursuant
to 42 U.S.C. § 1983, while an inmate of the Florida Department of Corrections
(FDOC) (ECF No. 1).  Plaintiff subsequently filed an Amended Complaint (ECF
No. 19).  The amended complaint survived the statutory screening process and was
served on Defendant (*see* ECF Nos. 24, 26).   Once discovery was complete,
Defendant filed a motion for summary judgment (ECF No. 40).  On June 23, 2020,
the undersigned entered an order allowing Plaintiff thirty days in which to respond
to the motion (ECF No. 41).  Plaintiff failed to do so within the time allowed.  Given
that fact, as well as the fact that Plaintiff apparently had been released from prison
(*see* ECF No. 37) and taken no action in the case since that time, the court entered
an order requiring Plaintiff to file a notice, within fourteen days, indicating whether

he intended to continue to pursue the matter (ECF No. 42).  The order was mailed to the address Plaintiff provided as his release address (*see* ECF No. 37).  The undersigned advised that failure to comply with the order as instructed could result in a recommendation that the case be dismissed (ECF No. 42 at 2).

The deadline passed, and Plaintiff failed to respond.  The court therefore entered an order on September 29, 2020, directing Plaintiff to show cause, within fourteen days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 43).  The time for compliance with the show cause order has now elapsed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 19th day of October 2020.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:17cv804/MCR/EMT