UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT PHILLIP ELLIS, JR.,
    Plaintiff,

vs.                                           Case No.:  3:17cv804/MCR/EMT

OFFICER PORRAS,
    Defendant.
_____/

## **ORDER**

      The Chief Magistrate Judge issued a Report and Recommendation on October 19, 2020 (ECF No. 44).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

      Having considered the Report and Recommendation, and the record, the Court has determined the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 44) is adopted and incorporated by reference in this order.

      2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3. The Clerk is directed to close this file.

**DONE AND ORDERED** this 18th day of November 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:17cv804/MCR/EMT